UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YANKEE GAS SERVICES COMPANY and THE CONNECTICUT LIGHT AND POWER COMPANY,<br><br>      Plaintiffs,<br><br>v.<br><br>UGI UTILITIES, INC.,<br><br>      Defendant. | : <br> : <br> :     3:06cv1369 (MRK) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## THIRD CASE MANAGEMENT ORDER

Having considered the Proposed Case Management Order [151], the Court hereby enters the following schedule:

1. **Limited Discovery**. The limited discovery regarding Waterbury North contemplated in the Parties' Joint Status Report dated June 19, 2009, shall be completed on or before **October 22, 2009**. The parties will consider mediation after discovery is completed and prior to the First Trial Submission.

2. **First Trial Submission**. Plaintiffs shall submit written direct testimony, pre-marked exhibits, proposed findings of fact and rulings of law on the threshold issues on or before **November 2, 2009**.

3. **Second Trial Submission**. Defendant shall submit written direct testimony, pre-marked exhibits, proposed findings of fact and rulings of law on the following issues on or before **December 4, 2009** :

   • Plaintiffs' threshold issues; and
   • Allocation and/or apportionment.

   Defendant shall also file objections to Plaintiffs' exhibits, and responses to Plaintiffs' proposed findings of fact and conclusions of law on the threshold issues by this date.

4. **Third Trial Submission**. Plaintiffs shall submit written direct testimony, pre-marked exhibits, proposed findings of fact and conclusions of law on the following issues on or before **January 8, 2010**:

   • Allocation and/or apportionment

       Plaintiffs shall also file objections to Defendant's exhibits; responses to Defendant's proposed findings of fact and rulings of law on allocation and/or apportionment and shall submit their reply to the Defendant's proposed findings and conclusions of law on the Plaintiffs' threshold issues by this date.

5. **Fourth Trial Submission.**  Defendant shall submit its reply to Plaintiffs' proposed findings of fact and rulings of law on allocation and/or apportionment and object to Plaintiffs' exhibits on allocation and/or apportionment on or before **January 29, 2010**.

6. **Pretrial materials.**  The following pretrial materials shall be filed on or before **February 16, 2010**.

    - Stipulation of the Parties;
    - Joint Pretrial Memorandum; and
    - Final Pretrial Briefs of the parties.

7. **Final Pretrial Conference.**  A telephonic final pretrial conference will be held on **February 24, 2010**, at 1:30 p.m.

8. **Trial**.  A two-day trial will commence at 9:00 a.m. on **March 8, 2010**, in Courtroom Four, 141 Church St., New Haven, Connecticut.

                                        IT IS SO ORDERED.


                                      /s/ _____Mark R. Kravitz_____
                                          United States District Judge


**Dated at New Haven, Connecticut: October 7, 2009.**