UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YANKEE GAS SERVICES COMPANY and THE CONNECTICUT LIGHT AND POWER COMPANY, | : : : : |
| Plaintiffs, | : : |
| v. | : No. 3:06cv1369 (MRK) |
| UGI UTILITIES, INC., | : : : |
| Defendant. | : |

**JUDGMENT**

This matter came on for court trial before the Honorable Mark R. Kravitz, United States District Judge. On May 22, 2009, a Memorandum of Decision entered granting Defendant's Motion for Judgment on the cost recovery actions with respect to the following facilities: Norwalk, Bristol, Meriden Cooper Street, Middletown, Putnam, Rockville, Waterbury South, Winsted Gay Street, Willimantic, Waterbury Benedict Street, Meriden South Colony Street, and Winsted Prospect Street. On March 31, 2010, an Order entered directing Plaintiffs to file their new complaint regarding the Waterbury North facility by April 15, 2010, and directing the parties to file a proposed case management order by May 17, 2010.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the Defendant, UGI Utilities, Inc., on the cost recovery actions with respect to the following facilities: Norwalk, Bristol, Meriden Cooper Street, Middletown, Putnam, Rockville, Waterbury South, Winsted Gay Street, Willimantic, Waterbury Benedict Street, Meriden South Colony Street, and Winsted Prospect Street.  The Court directs Plaintiffs to file their new complaint regarding the Waterbury North facility by April 15, 2010, the parties are directed to file a proposed case management order by May 17, 2010, and the case is closed.

EOD : _____

Dated at New Haven, Connecticut this 31st day of March  2010.

                                                      ROBERTA D. TABORA, Clerk
By
 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk