*free pd.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************
Yankee Gas Services Company and          *
The Connecticut Light and Power Company  *
                                         *       CASE NO. 3:06-CV-01369 (MRK)
          v.                             *
                                         *
UGI Utilities, Inc.                      *
                                         *
*******************************************

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(1), Plaintiffs Yankee Gas Services

Company and The Connecticut Light and Power Company hereby give notice and appeal to the

United States Court of Appeals for the Second Circuit from the Judgment entered in this action

on March 31, 2010.

Submitted by Counsel for the Plaintiffs,

Date: April 23, 2010          Yankee Gas Services Company and The
                              Connecticut Light and Power Company,

                              McLANE, GRAF, RAULERSON & MIDDLETON,
                              PROFESSIONAL ASSOCIATION

                              Bruce W. Felmly, Bar# ct21418
                              Barry Needleman, Bar# phv01313
                              Cathryn E. Vaughn, Bar # phv01312
                              900 Elm Street, P.O. Box 326
                              Manchester, New Hampshire 03105
                              Telephone (603) 625-6464

Duncan J. MacKay, Bar # ct03370
Charles J. Nicol, Bar # ct09073
Northeast Utilities Service Company as agent for Yankee Gas
Services Company and The Connecticut Light and Power
Company
107 Selden Street
Berlin, CT 06037
Telephone (860) 665-3431

## CERTIFICATE OF SERVICE

I hereby certify that on April 23 , 2010, I served a copy of the foregoing on counsel of record listed below by electronic mail.

Bruce W. Felmly

Jay N. Varon
Michael J. Harwin
Foley & Lardner LLP
3000 K Street, NW, Suite 500
Washington, DC 20007

Paul Bargren
Foley & Lardner LLP
777 E Wisconsin Avenue
Milwaukee, WI 53202-5306

Lee D. Hoffman
Pullman & Comley, LLC
90 Statehouse Square
Hartford, CT 06103